1102

No. 85–868. HURWITZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 85–877. SWAN v. TEXAS. Ct. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 85–883. PARK, DBA ACTION REAL ESTATE v. EL PASO BOARD OF REALTORS ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–895. RATEPAYERS FIGHT BACK v. MIDDLE SOUTH ENERGY, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–896. JOHNSON v. LINDEN SHORE DISTRICT. Sup. Ct. Conn. Certiorari denied.

No. 85–918. MOTHER GOOSE NURSERY SCHOOLS, INC. v. SENDAK, INDIVIDUALLY AND AS FORMER ATTORNEY GENERAL OF INDIANA. C. A. 7th Cir. Certiorari denied.

No. 85–925. CHRISTENSEN v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–928. INSURANCE COMPANY OF NORTH AMERICA ET AL. v. PUERTO RICO MARINE MANAGEMENT, INC. C. A. 1st Cir. Certiorari denied.

No. 85–934. SHOCKLEY v. COX ENTERPRISES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–936. MORAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–941. JONES ET AL. , INDIVIDUALLY AND AS CO-ADMINISTRATORS FOR THE ESTATE OF CLARK v. WELLS, SHERIFF OF MARION COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–945. OGLALA SIOUX TRIBE OF THE PINE RIDGE INDIAN RESERVATION v. SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.